UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRADFORD F KIRBY                         CASE NO.  5:25-CV-01345

VERSUS                                   JUDGE TERRY A. DOUGHTY

STATE OF NEW HAMPSHIRE ET AL      MAGISTRATE JUDGE HORNSBY

JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 29], and having thoroughly reviewed the record, including the written objections filed [Doc. No. 33], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion to Dismiss [Doc. No. 22] filed by the United States of America on behalf of the Social Security Administration is **GRANTED**, and all claims against the Social Security Administration, Acting Commissioner Carlyn W. Colvin, and Assistant Regional Commissioner Beatrice Disman are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 13th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE