UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BRADFORD F KIRBY                    CASE NO.  5:25-CV-01345

VERSUS                             JUDGE TERRY A. DOUGHTY

STATE OF NEW HAMPSHIRE ET AL       MAGISTRATE JUDGE HORNSBY

JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 40], together with Plaintiff, Bradford F. Kirby's written objections thereto filed with this Court [Doc. No. 41], and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that all remaining claims against all remaining Defendants are **DISMISSED WITH PREJUDICE**  for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 1st day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Page **1** of **1**